

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00447-CV

County of Hidalgo
v.
Mary Alice Palacios

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Cause No. C-2248-17-B

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment dismissing Palacios's suit against the County. Costs of the appeal are adjudged against appellee, Mary Alice Palacios.

We further order this decision certified below for observance.

December 19, 2018